IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| PERFORM GROUP, LLC, | * | CASE NO. 1:21-bk-01345-HWV |
| | * | |
| Debtor. | * | CHAPTER 7 |
| | * | |
| STEVEN M. CARR, TRUSTEE, | * | |
| | * | |
| Movant | * | |
| | * | |
| v. | * | |
| | * | |
| PEOPLESBANK, | * | |
| | * | |
| Respondent | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONSENT OF PEOPLESBANK, A CODORUS VALLEY COMPANY,
TO MOTION TO SELL RAW MATERIALS FREE AND
<u>CLEAR OF LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363</u>**

PeoplesBank, A Codorus Valley Company consents to the sale to Spandex House, Inc. proposed in the Motion to Sell Raw Materials Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. §363 [Doc 103] and to the $5,000.00 carve-out for the benefit of unsecured creditors, including administrative expenses, provided for in paragraph 10 thereof.

Dated: November 19, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *William L. Hallam*
　　　　　　　　　　　　　　　　　　　　　　William L. Hallam, Bar No. 85647
　　　　　　　　　　　　　　　　　　　　　　Joshua D. Bradley, Bar No. 313308
　　　　　　　　　　　　　　　　　　　　　　Rosenberg Martin Greenberg, LLP
　　　　　　　　　　　　　　　　　　　　　　25 S. Charles Street, 21st Floor
　　　　　　　　　　　　　　　　　　　　　　Baltimore, MD 21201
　　　　　　　　　　　　　　　　　　　　　　(410) 727-6600 (phone)
　　　　　　　　　　　　　　　　　　　　　　(410) 727-1115 (fax)
　　　　　　　　　　　　　　　　　　　　　　whallam@rosenbergmartin.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for PeoplesBank,*
　　　　　　　　　　　　　　　　　　　　　　*A Codorus Valley Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2021, a copy of the foregoing Consent of PeoplesBank, A Codorus Valley Company, to Motion to Sell Raw Materials Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. §363 was served through the CM/ECF System on all parties registered to receive service via such system in the above-captioned case and via first-class mail on the following:

　　Lawrence V. Young, Esquire
　　CGA Law Firm
　　135 North George Street
　　York, PA 17401

　　Steven M. Carr, Esquire
　　Ream Carr Markey Woloshin & Hunter LLP
　　119 East Market Street
　　York, PA 17401

　　Office of the U.S. Trustee
　　Middle District of Pennsylvania
　　228 Walnut Street, Suite 1190
　　Harrisburg, PA 17101

　　　　　　　　　　　　　　　　　　　　　　/s/ *William L. Hallam*
　　　　　　　　　　　　　　　　　　　　　　William L. Hallam

4883-8248-7556, v. 1

- 2 -