UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 1-21-01345 |
|     Perform Group LLC | : |
|     dba Alpha Factor | : |
|     dba Alpha Factor Aerials | : |
|     dba Curtain Call Costumes | : |
|     dba Ganter of California | : |
|                         Debtor | : Chapter 7 |
| | : |
| STEVEN M. CARR, TRUSTEE | : |
|                     Movant | : |
| | : |
| v. | : |
| | : |
| PEOPLESBANK | : |
|                  Respondent | : |

ORDER APPROVING THE SALE OF RAW MATERIALS
FREE AND CLEAR OF LIENS AND ENCUMBRANCES
PURSUANT TO 11 U.S.C. § 363

Upon consideration of the Trustee's Motion, it is hereby:

ORDERED that the Trustee be permitted to sell to Spandex House, Inc., or its assigns, for the sale price of $100,000.00, which sale shall be free and clear of any liens and encumbrances, such liens to attach to the proceeds of the sale, pursuant to 11 U.S.C. § 363, the Debtor's inventory, intellectual property, and other personalty itemized in the Agreement of Sale between Buyer and Trustee.

IT IS FURTHER ORDERED that the Trustee is empowered to sign any documents necessary to conclude the transfer and to pay all normal and customary sale expenses, including but not limited to sales agent's commission. The balance of the proceeds after expenses of sale will be first distributed to the secured creditors, if any, in their order of priority, with the remaining proceeds being held for the benefit of unsecured creditors.

IT IS FURTHER ORDERED that the sum of $5,000.00 shall be held by the Trustee from the sale of the encumbered assets for the benefit of unsecured creditors, including the payment of administrative expenses.

The court finds that the assets of the Debtor were marketed by the Professional hired by the Trustee and appointed by the court. The court further finds that the purchase price is fair and reasonable, that the Agreement was negotiated at arms-length, and that the negotiations were conducted in a non-collusive manner. Thus, the purchaser(s) shall be deemed to be a good faith purchaser(s) within the meaning of section 363(m) of the bankruptcy code, and the court finds that the sale free and clear of liens is in the best interest of the Estate and its creditors.

Dated: December 15, 2021     By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)