UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| PERFORM GROUP, LLC | : | CASE NO: 1:21-BK-01345-HWV |
| Debtor | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk of the Bankruptcy Court, the Debtor, All Trustees, All Creditors, and All Other Parties in Interest: **PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned Chapter 7 case on behalf of DMX Investments, LP ("Creditor"), and demands that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax, telegraph, telex, ECF noticing or otherwise, which affects the Debtor are to be served upon:

Bret P. Shaffer, Esquire
Attorney I.D. #309180: PA
Schiffman, Sheridan & Brown, P.C.
2080 Linglestown Road, Suite 201
Harrisburg, PA 17110

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as, nor is it, a consent to jurisdiction of the Bankruptcy Court over Creditor, nor is it intended to constitute a waiver of Creditor's rights, specifically, but not limited to: (i) Creditor's right to have final orders in non-core matters entered only after *de novo* reviewed by a district judge, (ii) Creditor's right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) Creditor's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Creditor is or may be entitled under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor hereby expressly reserves.

SCHIFFMAN, SHERIDAN & BROWN, P.C.

By:/s/Bret P. Shaffer
Bret P. Shaffer, Esquire
Attorney I.D. #309180: PA
2080 Linglestown Road, Suite 201
Harrisburg, PA 17110
Date: July 15, 2022        Attorney for DMX Investments LP

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
PERFORM GROUP, LLC : CASE NO: 1:21-BK-01345-HWV
    Debtor :

**CERTIFICATE OF SERVICE**

    I hereby certify that I this day served a true and correct copy of the foregoing document by filing it with the Clerk of the Bankruptcy Court using the CM/ECF system:

Steven M. Carr, Esquire, Trustee
Stevecarr8@comcast.net

United States Trustee
Ustpregion03.ha.ecf@usdoj.gov

Lawrence V. Young, Esquire
lyoung@cgalaw.com


                                  SCHIFFMAN, SHERIDAN & BROWN, P.C.

                              By: /s/ Bret P. Shaffer
                                   Bret P. Shaffer

Date: July 15, 2022