UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

|                          |   | : NO. 1-21-01345 |
|--------------------------|---|------------------|
| Perform Group LLC        | : |                  |
| dba Alpha Factor         | : |                  |
| dba Alpha Factor Aerials | : |                  |
| dba Curtain Call Costumes| : |                  |
| dba Ganter of California | : |                  |
| Debtor                   | : | Chapter 7        |

ORDER

Upon consideration of the Trustee's Motion, and notice having been given to creditors and no objections having been received,

IT IS HEREBY ORDERED that the Trustee's Motion to Compromise is approved and he is hereby authorized to accept $62,500.00 from Bluepay Processing, LLC in full and complete settlement of the claims.

IT IS FURTHER ORDERED that the Trustee is empowered to sign any documents necessary to conclude the transfer. The proceeds will be distributed to PeoplesBank, the secured creditor, except that the sum of $7,500.00 shall be held by the Trustee for the benefit of unsecured creditors, including the payment of administrative expenses.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 1, 2022