IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 1:21-bk-01345-HWV
   PERFORM GROUP, LLC :
            Debtor : Chapter 11

## CERTIFICATE OF SERVICE

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on November 28, 2022, a true and correct copy of the attached **PROOF OF CLAIM AND ACCOMPANYING NOTICE** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, as follows:

Steven M. Carr, Esquire
Ream, Carr, Markey & Woloshin
119 E. Market Street
York, PA 17401

Iowa Department of Revenue
P.O. Box 10466
Des Moines, IA 50306

 s/ *Joanne M Bartley*
Joanne M. Bartley
Assistant to Robert E. Chernicoff, Esquire