IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br>  PERFORM GROUP, LLC<br><br>                       Debtor | :<br>:<br>:<br>: | Case No. 1:21-bk-01345-HWV<br><br>Chapter 7 |

## NOTICE

**NOTICE IS HEREBY GIVEN THAT** pursuant to F.R.B.P. 3004, a Proof of Claim (No. 249) has been filed by Leroy A. King, Jr., principal of the Debtor, on behalf of the Iowa Department of Revenue in the amount of $11,339.30.

Copies of the Claim may be (a) reviewed during regular Court hours at the United States Bankruptcy Court for the Middle District of Pennsylvania at Third and Walnut Streets, Ronald Reagan Federal Building, Harrisburg, PA; or (b) reviewed on the Court's electronic filing website.

                                      CLERK
                                      UNITED STATES BANKRUPTCY COURT
                                      MIDDLE DISTRICT OF PENNSYLVANIA
                                      228 WALNUT STREET, ROOM 320
                                      HARRISBURG, PA 17101

Date: November 28, 2022