UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 1-21-01345 |
| Perform Group LLC | : | |
| dba Alpha Factor | : | |
| dba Alpha Factor Aerials | : | |
| dba Curtain Call Costumes | : | |
| dba Ganter of California | : | |
| Debtor | : | Chapter 7 |

## REPORT OF PRIVATE SALE

1. DATE OF SALE: 12/28/2022    TRUSTEE'S ATTORNEY: Steven M. Carr, Esq.

2. ATTORNEY FOR CREDITOR'S COMMITTEE: N/A

3. DESCRIPTION OF ASSETS: Raffles stock interest

4. VALUE OF PROPERTY: $25,000.00

5. PURCHASE PRICE: $25,000.00    NAME OF BUYER: Tighe King

   HOW WAS PURCHASER OBTAINED: Purchaser is President of Debtor and Sole Shareholder. Provisions in the Articles and a Shareholders Agreement that place restrictions on the transfer of the stock interest, along with the foreign nature of the entity, make it extremely difficult to market and liquidate the asset.

6. PURCHASER'S RELATIONSHIP TO DEBTOR: Purchaser is President of Debtor and Sole Shareholder

7. EXPENSES OF SALE: $0.00    NET AMOUNT REALIZED: $25,000.00

8. WERE THERE ANY OBJECTIONS MADE TO THE SALE? No


Date: December 29, 2022        /s/ Steven M. Carr
                               Steven M. Carr
                               Trustee