IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Perform Group, LLC** <br> **dba Alpha Factor** <br> **dba Alpha Factor Aerials** <br> **dba Curtain Call Costumes** <br> **dba Ganter of California** <br><br> **Debtor 1** | Chapter: 7 <br><br><br> Case No.: 1:21-bk-01345-HWV |

## ORDER

The Trustee having filed the Final Report and Account and Application for Fees in this matter, and there being no outstanding objections thereto,

### IT IS ORDERED

FIRST: That **Steven M. Carr**, Trustee, is allowed the sum of **$77,799.38** as compensation for his services to the estate and the sum of **$13,582.00** as reimbursement of expenses incurred therewith.

SECOND: That **Steven M. Carr, Esq.**, Attorney for Trustee, having shown cause therefore, is allowed the sum of **$5,526.50** as compensation for their services to the Trustee and the sum of **$58.00** as reimbursement of expenses incurred therewith.

THIRD: That **Baker Tilly US, LLP**, Accountant for Trustee, having shown cause therefore, is allowed the sum of **$7,450.00** as compensation for their services to the Trustee.

Any interim compensation and expenses previously approved by the Court are made final by this Order.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 12, 2024