UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | NO. 1-21-01345 |
| --- | --- | --- |
| Perform Group, LLC | : | |
| dba Alpha Factor | : | Chapter 7 |
| dba Alpha Factor Aerials | : | |
| dba Curtain Call Costumes | : | |
| dba Ganter of California | : | |
| | : | |
| Debtor | : | |

## MOTION TO AMEND TRUSTEE'S FINAL REPORT

AND NOW, COMES the Trustee, STEVEN M. CARR, ESQUIRE, and files this Motion to Amend Trustee's Final Report, whereof the following is a statement:

1. Movant is the duly qualified and acting Trustee in the above-captioned bankruptcy proceeding.
2. On December 15, 2023, Notice of the Trustee's Final Report was sent to all creditors.
3. On January 12, 2024, an Order Approving Allowances and Directing Payment of Court Costs was entered by this Honorable Court.
4. Upon issuing payments to the creditors, it was discovered that a scheduled claim had been withdrawn because it was a duplicate claim.
5. The withdrawal of this claim resulted in a surplus of $4,147.25 in the Trustee account.
6. The Trustee had voluntarily surrendered $11,024.24 of his statutory commission to allow all priority claims to be paid in full.
7. Movant requests this balance be distributed to the Trustee as compensation for the surrendered commission, expenses, and preparation and service of this motion.
8. The cost to notice all creditors is over $3,700, thus a distribution to general unsecured would result in a de minimis payment to general unsecured creditors.
9. The UST concurs with the request sought in this motion.

WHEREFORE, Movant prays that the Trustee's Final Report be amended to provide the surplus of $4,147.25 to Trustee Carr.

Respectfully Submitted,

/s/ Steven M. Carr
Steven M. Carr, Esquire
Attorney for the Trustee
ID# 34336

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 1-21-01345 |
| Perform Group, LLC | : | |
| dba Alpha Factor | : | Chapter 7 |
| dba Alpha Factor Aerials | : | |
| dba Curtain Call Costumes | : | |
| dba Ganter of California | : | |
| | : | |
| Debtor | : | |

## **ORDER**

Upon review of the Motion to Amend Trustee's Final Report,

IT IS HEREBY ORDERED that the Trustee's Final Report is to be amended to provide the surplus of $4,147.25 to Trustee Carr as compensation for surrendered commission, expenses, and preparation and service of the motion