UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 1-21-01345 |
| Perform Group, LLC | : | |
| dba Alpha Factor | : | Chapter 7 |
| dba Alpha Factor Aerials | : | |
| dba Curtain Call Costumes | : | |
| dba Ganter of California | : | |
| | : | |
| Debtor | : | |

## AMENDED MOTION TO AMEND TRUSTEE'S FINAL REPORT

AND NOW, COMES the Trustee, STEVEN M. CARR, ESQUIRE, and files this Motion to Amend Trustee's Final Report, whereof the following is a statement:

1. Movant is the duly qualified and acting Trustee in the above-captioned bankruptcy proceeding.
2. On December 15, 2023, Notice of the Trustee's Final Report was sent to all creditors.
3. On January 12, 2024, an Order Approving Allowances and Directing Payment of Court Costs was entered by this Honorable Court.
4. Upon issuing payments to the creditors, it was discovered that a scheduled claim had been withdrawn because it was a duplicate claim.
5. The withdrawal of this claim resulted in a surplus of $4,147.25 in the Trustee account.
6. The Trustee had voluntarily surrendered $11,024.24 of his statutory commission to allow all priority claims to be paid in full.
7. Additionally, the Trustee just became aware of Claim #117, an unsecured priority claim that was not included in the original distribution in the amount of $1,416.69.
8. Movant requests this unsecured priority claim be paid from the surplus and that the balance be distributed to the Trustee as compensation for the surrendered commission, expenses, and preparation and service of this motion.
9. The cost to notice all creditors is over $3,700, thus a distribution to general unsecured would result in a de minimis payment to general unsecured creditors.

10. The UST concurs with the request sought in this motion.

WHEREFORE, Movant prays that the Trustee's Final Report be amended to pay the unsecured priority claim of $1,416.69 and provide the remaining of $2,730.56 to Trustee Carr.

Respectfully Submitted,

/s/ Steven M. Carr
Steven M. Carr, Esquire
Attorney for the Trustee
ID# 34336

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 1-21-01345 |
| Perform Group, LLC | : | |
| dba Alpha Factor | : | Chapter 7 |
| dba Alpha Factor Aerials | : | |
| dba Curtain Call Costumes | : | |
| dba Ganter of California | : | |
| | : | |
| Debtor | : | |

**AMENDED ORDER**

The Trustee having filed the Final Report and Account and Application for Fees in this matter, and the Trustee also filing a Motion to Amend that Report, and it appearing that there was a duplicate claim that was withdrawn in the amount of $4,147.24, and claim #117 in the amount of $1,416.69, which was inadvertently not included in the Final Report as an allowed unsecured priority claim,

**IT IS ORDERED**

FIRST: That **Steven M. Carr,** Trustee, is allowed the sum of **$89,529.94**, as compensation for his services to the estates and the sum of **$13,582.00** as reimbursement of expenses incurred therewith.

SECOND: That **Steven M. Carr, Esq.,** Attorney for Trustee, having shown cause therefore, is allowed the sum of **$5,526.50** as compensation for their services to the Trustee and the sum of **$58.00** as reimbursement of expenses incurred therewith.

THIRD: That **Baker Tilly US, LLP**, Accountant for Trustee, having shown cause therefore, is allowed the sum of **$7,450.00** as compensation for their services to the Trustee,

FOURTH: That Claim **#117** in the sum of **$1,416.69** be paid as an allowed unsecured priority claim.