UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Perform Group, LLC | : | CASE NO. 1:21-bk-01345 |
|     dba Alpha Factor | : | |
|     dba Alpha Factor Aerials | : | Chapter 7 |
|     dba Curtain Call Costumes | : | |
|     dba Ganter of California | : | |
| | : | |
|     Debtor | : | |

## ORDER

Upon consideration of the Trustee's Amended Motion to Amend the Trustee's Final Report in which the U.S. Trustee concurs, Doc. 147, it is

**ORDERED** that the Motion is **GRANTED** and the Court's January 12, 2024 Order is amended as follows:

### IT IS ORDERED

FIRST: That **Steven M. Carr**, Trustee, is allowed the sum of **$89,529.94**, as compensation for his services to the estates and the sum of **$13,582.00** as reimbursement of expenses incurred therewith.

SECOND: That **Steven M. Carr, Esq.**, Attorney for Trustee, having shown cause therefore, is allowed the sum of **$5,526.50** as compensation for their services to the Trustee and the sum of **$58.00** as reimbursement of expenses incurred therewith.

THIRD: That **Baker Tilly US, LLP**, Accountant for Trustee, having shown cause therefore, is allowed the sum of **$7,450.00** as compensation for their services to the Trustee,

FOURTH: That Claim **#117** in the sum of **$1,416.69** be paid as an allowed unsecured priority claim.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 29, 2024