# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Perform Group, LLC, dba Alpha Factor, dba Alpha Factor Aerials, dba Ganter of California, dba Curtain Call Costumes, | Chapter 7 |
| **Debtor 1** | Case No. 1:21−bk−01345−HWV |

Social Security No.:

Employer's Tax I.D. No.:
20−4859860

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Steven M. Carr**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 26, 2024

**fnldec** (01/22)